# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0517
LT Case No. 1993-CF-004491-A

_____

ARTAVIOUS COTTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Artavious Cotton, Arcadia, pro se.

Ashley Moody, Attorney General and Miranda L. Butson,
Assistant Attorney General, Tallahassee, for Appellee.

March 19, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____